**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____   Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Chicagoland's Medical Services Organization, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-5953905 |
| 4. | Debtor's address | **Principal place of business**<br><br>4415 W. Harrison<br>Suite 300<br>Hillside, IL 60162<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Chicagoland's Medical Services Organization, LLC**  Case number (*if known*)
  Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship |
    |---|---|---|
    | District | When | Case number, if known |

**11. Why is the case filed in this district?**

Check all that apply:

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 - 5 - 16
             MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Damon Morse**
Printed name

Title  **Manager**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  5 - 5 - 16
      MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**    Email address

**06183621**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Chicagoland's Medical Services Organization, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-5-16       X  /s/ Damon Morse
                              Signature of individual signing on behalf of debtor

                              **Damon Morse**
                              Printed name

                              **Manager**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Chicagoland's Medical Services Organization, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alta Staff<br>Elizabeth Parks, Accts Rcv<br>PO Box 204653<br>Dallas, TX 75320-4653 | | | Disputed | | | $11,700.00 |
| Amercian Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | | | | | | $64,023.72 |
| AT&T - High Speed Internet<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | $796.00 |
| Availity<br>James Bonney, Controller<br>740 E Cambell Road Ste 1000<br>Richardson, TX 75081 | | | | | | $10,425.92 |
| BlueCross BlueShield of Illinois<br>300 East Randolph Street<br>Chicago, IL 60601 | | | | | | $19,093.35 |
| Genova Consulting Real Estate Services<br>Alex Genova, Prinipal<br>PO Box 2366<br>Ottawa, IL 61350 | | | | | | $4,477.00 |
| Kforce<br>Darlene Culotta<br>PO Box 277997<br>Atlanta, GA 30384-7997 | | | | | | $1,546.90 |

Debtor **Chicagoland's Medical Services Organization, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Konica Minolta Premier Finance** 1310 Madrid St Marshall, MN 56258 | | | | | | $800.00 |
| **Managed Care Staffers** Christopher Jepsen 2604 Dempster Street, Ste 305 Park Ridge, IL 60068 | | | | | | $24,977.63 |
| **Marc Realty** Jim Stouffer - Lease Admin 55 East Jackson Blvd, #500 Chicago, IL 60604 | | | | | | $13,379.00 |
| **MCG** Kevin Murphy, Accounts Receivable 901 Fifth Ave Ste 2000 Seattle, WA 98164 | | | | | | $29,075.00 |
| **Medvision - QuickCap** Attn: Dan Rukavina 3233 Arlington Heights Rd., #307 Arlington Heights, IL 60004 | | | | | | $18,263.50 |
| **Microdyne Medical Systems** William Voss 11405 N. Pennsylvannia St., #109 Carmel, IN 46032 | | | | | | $7,260.00 |
| **Nixon Peabody LLP** Joe Hallowell, Finance Analyst 70 West Madison, Suite 3500 Chicago, IL 60602 | | | | | | $44,564.75 |
| **Pitney Bowes** 2225 American Drive Neenah, WI 54956 | | | | | | $750.00 |
| **Purchase Power - PB** PO Box 371874 Pittsburgh, PA 15250-7874 | | | | | | $2,500.00 |

Debtor **Chicagoland's Medical Services Organization, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Raxity** **Tim Horstman** **1585 Beverly Ct Ste 108** **Aurora, IL 60502** | | | **Disputed** | | | **$58,041.29** |
| **Syncrony Bank** **PO Box 960013** **Orlando, FL 32896** | | | | | | **$2,213.62** |
| **Tora Printing** **Tom Geiser** **1500 N Greenview Ave** **Chicago, IL 60642** | | | | | | **$2,000.00** |
| **WCEDI** **Brendan Friar, President** **4250 Veterans Memorial Hwy #301** **Holbrook, NY 11741** | | | | | | **$698.94** |

| | | |
|---|---|---|
| Alta Staff<br>Elizabeth Parks, Accts Rcv<br>PO Box 204653<br>Dallas, TX 75320-4653 | IRS/Special Procedures Branch<br>230 S. Dearborn, #3030A<br>Attn: STOP 5010-CHI<br>Chicago, IL 60604 | Microsoft 365<br>Microsoft Service Company<br>Las Vegas, NV 89119 |
| Amercian Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | Kforce<br>Darlene Culotta<br>PO Box 277997<br>Atlanta, GA 30384-7997 | Nixon Peabody LLP<br>Joe Hallowell, Finance Analyst<br>70 West Madison, Suite 3500<br>Chicago, IL 60602 |
| AT&T - High Speed Internet<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | Konica Minolta Business Services<br>Lou Hafencher, Sr. Account Exec<br>DEPT. CH 19188<br>Palatine, IL 60055 | Paul Provaznik<br>David McGrath LLC<br>125 S. Wacker Dr., Suite 1700<br>Chicago, IL 60606 |
| Availity<br>James Bonney, Controller<br>740 E Cambell Road Ste 1000<br>Richardson, TX 75081 | Konica Minolta Premier Finance<br>1310 Madrid St<br>Marshall, MN 56258 | Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956 |
| BlueCross BlueShield of Illinois<br>300 East Randolph Street<br>Chicago, IL 60601 | Lake Forest Bank (Line of Credit)<br>Attn: Katherine Wiswald<br>1949 St. Johns Ave.<br>Highland Park, IL 60035 | Professional Practice Consultants, In<br>Sandy Anderson<br>760 Village Center Drive, Suite 240<br>Burr Ridge, IL 60527 |
| CONCORD<br>PO Box 864<br>Seattle, WA 98111 | Managed Care Staffers<br>Christopher Jepsen<br>2604 Dempster Street, Ste 305<br>Park Ridge, IL 60068 | Proshred<br>Patrick Keable<br>7700 Graphics Dr<br>Tinley Park, IL 60477 |
| Damon and Amanda Morse<br>1251 Wind Energy Pass<br>Batavia, IL 60510 | Marc Realty<br>Jim Stouffer - Lease Admin<br>55 East Jackson Blvd, #500<br>Chicago, IL 60604 | Purchase Power - PB<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Genova Consulting Real Estate Services<br>Alex Genova, Prinipal<br>PO Box 2366<br>Ottawa, IL 61350 | MCG<br>Kevin Murphy, Accounts Receivable<br>901 Fifth Ave Ste 2000<br>Seattle, WA 98164 | Purdum Gray Ingledue Beck<br>Beau J. Ingledue<br>215 E Jackson<br>Macomb, IL 61455 |
| Illinois Department of Revenue<br>100 W. Randolph St.<br>Legal Services M/C 7-900<br>Chicago, IL 60601 | Medvision - QuickCap<br>Attn: Dan Rukavina<br>3233 Arlington Heights Rd., #307<br>Arlington Heights, IL 60004 | Raxity<br>Tim Horstman<br>1585 Beverly Ct Ste 108<br>Aurora, IL 60502 |
| Intuit<br>2700 Coast Ave.<br>Mountain View, CA 94043-1140 | Microdyne Medical Systems<br>William Voss<br>11405 N. Pennsylvannia St., #109<br>Carmel, IN 46032 | Syncrony Bank<br>PO Box 960013<br>Orlando, FL 32896 |

Tora Printing
Tom Geiser
1500 N Greenview Ave
Chicago, IL 60642


Verizon Wireless
600 Coolidge Dr.
Folsom, CA 95630-3155


WCEDI
Brendan Friar, President
4250 Veterans Memorial Hwy #301
Holbrook, NY 11741

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Chicagoland's Medical Services Organization, LLC   Case No.
                                    Debtor(s)              Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Chicagoland's Medical Services Organization, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

5-5-16
Date

DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for   Chicagoland's Medical Services Organization, LLC
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114