IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No. 16-15403
Chicagoland's Medical Services Organization LLC,    )   Chapter 11
an Illinois limited liability company,              )   Judge Timothy A. Barnes
                                                    )
      Debtor.                                       )

## NOTICE OF FILING

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 19th day of September, 2016, Chicagoland's Medical Services organization LLC, filed its **Debtor-in-Possession's Final Report and Account and Schedule of Unpaid Obligations Incurred After Filing of Petition Under Chapter 11,** a copy of which is attached hereto and herewith served upon you.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and **Debtor-in-Possession's Final Report and Account and Schedule of Unpaid Obligations Incurred After Filing of Petition Under Chapter 11** was caused to be served via the Court's Electronic Filing System (ECF) and First Class Mail, properly addressed and postage prepaid, to all parties listed on the attached Service List on the 29TH day of September, 2016.

/s/David K. Welch

writing
Writing.

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

Paul B. Porvaznik, Esq.
Gini S. Marziani, Esq.
Davis McGarth LLC
125 S. Wacker Dr., Suite 1700
Chicago, IL 60606

Charles S. Stahl, Jr.
Swanson Martin & Bell LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

Karen J Porter
Porter Law Network
230 West Monroe
Suite 240
Chicago, IL 60606

Stephen J. Rosenfeld
Mandell Menkes LLC
1 N. Franklin Ste 3600
Chicago, IL 60606

Timothy R. Casey, Esq.
Daniel J. Delaney, Esq.
Drinker Biddle & Reath LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606

AFCO Insurance Premium Finance
5600 N. River Road, Suite 400
Rosemont, IL 60018-5187

Alta Staff
Elizabeth Parks, Accts Rcv
PO Box 204653
Dallas, TX 75320-4653

Amercian Express
PO Box 0001
Los Angeles, CA 90096-8000

AT&T - High Speed Internet
PO Box 5014
Carol Stream, IL 60197-5014

Availity
James Bonney, Controller
740 E Cambell Road Ste 1000
Richardson, TX 75081

BlueCross BlueShield of Illinois
300 East Randolph Street
Chicago, IL 60601

Community Care Alliance Of Illinois
322 S. Green Street
4th Floor
Chicago, IL 60607

CONCORD
PO Box 864
Seattle, WA 98111

Damon and Amanda Morse
1251 Wind Energy Pass
Batavia, IL 60510

Damon Morse
1251 Wind Energy Pass
Batavia, IL 60510

Damon V. Morse
4415 W. Harrison, Suite 300
Hillside, IL 60162

Genova Consulting Real Estate Services
Alex Genova, Prinipal
PO Box 2366
Ottawa, IL 61350

Health Options of Illinois
1324 North Sheridan
Waukegan, IL 60085

High Point Plaza, LLC
55 East Jackson Blvd., Suite 500
Chicago, IL 60604

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Innovative Physician Associates LLC
901 McClintock Drive
Suite 202
Burr Ridge, IL 60527

Intuit
2700 Coast Ave.
Mountain View, CA 94043-1140

IRS/Special Procedures Branch
230 S. Dearborn, #3030A
Attn: STOP 5010-CHI
Chicago, IL 60604

Kforce
Darlene Culotta
PO Box 277997
Atlanta, GA 30384-7997

Konica Minolta Premier Finance
1310 Madrid St
Marshall, MN 56258

Lake Forest Bank & Trust Company
Attn: Katherine Wiswald
1949 St. Johns Ave.
Highland Park, IL 60035

Local Ad Track
1570 Southgate Road
Bartlett, IL 60103

Managed Care Staffers
Christopher Jepsen
2604 Dempster Street, Ste 305
Park Ridge, IL 60068

Medvision - QuickCap
Attn: Dan Rukavina
3233 Arlington Heights Rd., #307
Arlington Heights, IL 60004

Microdyne Medical Systems
William Voss
11405 N. Pennsylvannia St., #109
Carmel, IN 46032

Microsoft 365
Microsoft Service Company
Las Vegas, NV 89119

Milliman Care Guidelines
Kevin Murphy, Accounts Receivable
901 Fifth Ave Ste 2000
Seattle, WA 98164

Milliman Care Guidelines
901 5th Avenue
Suite 2000
Seattle, WA 98164

Morgan West Corporation
PO Box 72284
Roselle, IL 60172

Nitro Software, Inc.
Attn: Roman Zilberg
225 Bush St., 7th Floor
San Francisco, CA 94104

Nixon Peabody LLP
Joe Hallowell, Finance Analyst
70 West Madison, Suite 3500
Chicago, IL 60602

Paul Provaznik
Davis McGrath LLC
125 S. Wacker Dr., Suite 1700
Chicago, IL 60606

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Professional Practice Consultants, Inc.
Sandy Anderson
760 Village Center Drive, Suite 240
Burr Ridge, IL 60527

Progress Health
1500 South California
Chicago, IL 60608

Proshred
Patrick Keable
7700 Graphics Dr
Tinley Park, IL 60477

Purchase Power - PB
PO Box 371874
Pittsburgh, PA 15250-7874

Purdum Gray Ingledue Beck
Beau J. Ingledue
215 E Jackson
Macomb, IL 61455

Ravenswood Physicians Associates
5860 W. Higgins Ave.
Chicago, IL 60630

Raxity
Tim Horstman
1585 Beverly Ct Ste 108
Aurora, IL 60502

Raxity, LLC
Tim Horstman
1585 Beverly Ct Ste 108
Aurora, IL 60502

Syncrony Bank
PO Box 960013
Orlando, FL 32896

Tora Printing
Tom Geiser
1500 N Greenview Ave
Chicago, IL 60642

Verizon Wireless
600 Coolidge Dr.
Folsom, CA 95630-3155

WCEDI
Brendan Friar, President
4250 Veterans Memorial Hwy #301
Holbrook, NY 11741