IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
 )   Case No. 16-15403
Chicagoland's Medical Services Organization LLC, )   Chapter 7
an Illinois limited liability company, )   Judge Timothy A. Barnes
 )
        Debtor. )

## AMENDED NOTICE OF FILING

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 19th day of September, 2016, Chicagoland's Medical Services organization LLC, filed its **Debtor-in-Possession's Final Report and Account and Schedule of Unpaid Obligations Incurred After Filing of Petition Under Chapter 11,** a copy of which is attached hereto and herewith served upon you.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## AMENDED CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and **Debtor-in-Possession's Final Report and Account and Schedule of Unpaid Obligations Incurred After Filing of Petition Under Chapter 11** was caused to be served via the Court's Electronic Filing System (ECF) (where indicated), via First Class U.S. Mail, properly addressed and postage prepaid (where indicated), and via email (where indicated) to all parties listed on the attached Service List on the 20th day of September, 2016.

/s/David K. Welch

## SERVICE LIST

**Via ECF**
United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

Joseph A. Baldi, Tr.
Jabaldi@baldiberg.com

Paul B. Porvaznik, Esq.
Pporvaznik@davismcgrath.com

Gini S. Marziani, Esq.
Gsmarziani@davismcgrath.com

Timothy R. Casey, Esq.
Timothy.casey@dbr.com
Daniel J. Delaney, Esq.
Andrew.groesch@dbr.com

Stephen J. Rosenfeld
ronald@gaido-fintzen.com


Nextiva Termination Fee
Via email: Service@nextiva.com

(Via First Class U.S. Mail)
Blue Cross Blue Shield of Illinois
HCSC
2550 Network Place
Chicago, IL 60673-1255

Marc Realty
Jim Stouffer
55 East Jackson Blvd., #500
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )   Case No. 16-15403
Chicagoland's Medical Services Organization LLC,)   Chapter 7
an Illinois limited liability company,          )   Judge Timothy A. Barnes
                                    Debtor.     )

**Debtor-in-Possession's Final Report and Account and Schedule of Unpaid Obligations
Incurred After Filing of Petition Under Chapter 11.**

Chicagoland's Medical Services Organization LLC ("Debtor"), for its final accounting pursuant to Bankruptcy Rule 1019(5), respectfully reports and represents:

1. An order for relief under Chapter 11 of the Bankruptcy Code was entered in favor of the Debtor pursuant to a voluntary petition filed on May 5, 2016.

2. An order converting the case to a case under Chapter 7 of the Bankruptcy Code was entered on June 15, 2016 and Joseph A. Baldi was appointed interim trustee. The Debtor-in-Possession has turned over to said interim trustee all records and property of the estate which were in its possession or control on the date of the conversion order.

3. Exhibit "A" which is attached hereto lists all receipts and disbursements made by the Debtor-in-Possession during the pendency of the Chapter 11 case.

4. Exhibit "B" which is attached hereto is a schedule of unpaid debts incurred after commencement of the Chapter 11 case.

5. There have been no assets disposed of in the regular course of business or pursuant to an order of the court during the Chapter 11 case.

Respectfully submitted,

Chicagoland's Medical Services
Organization LLC, Debtor,

By: /s/David K. Welch
    One of Its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq.(Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777 FAX: (312) 641-7114
W:\GRACE\CMSO\Final Report.wpd

I, Damon Morse, Manager of Chicagoland's Medical Services Organization LLC, Debtor, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: September 15, 2016

Damon Morse, Manager for
Chicagoland's Medical Services
Organization LLC, Debtor

Register: Wintrust
From 05/06/2016 through 06/11/2016
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/6/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-05-16 | 6.5 | X | | -2,081.41 |
| 5/9/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-06-16 | 6.5 | X | | -2,087.91 |
| 5/10/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-09-16 | 6.5 | X | | -2,094.41 |
| 5/11/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-10-16 | 6.5 | X | | -2,100.91 |
| 5/12/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-11-16 | 6.5 | X | | -2,107.41 |
| 5/13/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-12-16 | 6.5 | X | | -2,113.91 |
| 5/16/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-13-16 | 6.5 | X | | -2,120.41 |
| 5/17/2016 | | Wintrust | Bank Service Charges | ANALYSIS ACTIVITY FOR 04/16 | 244.58 | X | | -2,364.99 |
| 5/17/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-16-16 | 6.5 | X | | -2,371.49 |
| 5/18/2016 | | Wintrust | Bank Service Charges:Overdraft NSF Charges | FOR CONTINUOUS OD ON 05-17-16 | 6.5 | X | | -2,377.99 |
| 5/19/2016 | | | Undeposited Funds | Deposit Health Options:DEPOSIT | | X | 10,000.00 | 7,622.01 |
| 5/20/2016 | ACH | | Interest Expense | | 744.55 | X | | 6,877.46 |
| 5/20/2016 | 1955 | Aaron, Adanisse | -split- | | 1,642.18 | X | | 5,235.28 |
| 5/20/2016 | | Lake Forest Bakn & Trust Company | | | 92488 | | | |



| Date | Num | Name | Account | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/20/2016 | 1956 | Ocel, Kimberly | -split- | | 1,958.98 M | 3,276.30 |
| 5/20/2016 | 1968 | Honsowetz, Kathryn A | -split- | | 2,214.05 X | 1,062.25 |
| 5/27/2016 | | Cincinnati Insurance Company | Accounts Payable | Memo:CINFIN INSURANCE 160531 1063597 | 415 X | 647.25 |
| 5/27/2016 ACH | | Cincinnati Insurance Company | Accounts Payable | Memo:CINFIN INSURANCE 160531 1063596 | 304.1 X | 343.15 |
| 5/27/2016 ACH | | AFCO | Accounts Payable | 04-99589672-90 | 1,827.67 X | -1,484.52 |
| 6/2/2016 | | | Interest Expense | Deposit Payee:CREDIT MEMO | M | -739.97 |
| 6/3/2016 | | | -split- | Deposit Payee:DEPOSIT | 744.55 M | 25,966.54 |
| | | | UHC Lease | | 712 | 26,706.51 |
| | | | Innoviative | | 6627.81 | |
| | | | Innoviative | | 6624.69 | |
| | | | Health Options | | 9000 | |
| 6/3/2016 ACH | | AT&T | Telephone Expense | Confirm #114157473 | 3742.01 | |
| 6/3/2016 | 1971 | Aaron, Adanisse | -split- | | 676.01 M | 25,290.53 |
| 6/3/2016 | 1974 | Honsowetz, Kathryn A | -split- | | 1,645.32 | 23,645.21 |
| 6/3/2016 | 1976 | Youkhana, Martha | -split- | Benefits withholding for June and 1/2 July | 1,839.39 | 21,805.82 |
| 6/3/2016 | 1972 | Allen, Gregory S | -split- | Benefits withholding for June and 1/2 July | 825.93 | 20,979.89 |
| 6/3/2016 | 1973 | Colon, Liduvina | -split- | Benefits withholding for June and 1/2 July | 709.73 | 20,270.16 |
| 6/3/2016 | 1975 | Ocel, Kimberly | -split- | | 1,048.35 | 19,221.81 |
| 6/10/2016 | 1969 | MXOtech, Inc | Computer and Internet Expenses | | 809.34 | 18,412.47 |
| | | | | | 3,500.00 | 14,912.47 |

Register: NORTHERN TRUST CMSO
From 05/06/2016 through 06/11/2016
Sorted by: Cleared status

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/6/2016 | 1743 | Aaron, Adanisse | -split- | Memo:CHECK 1743 | 1,787.34 | X | | 21,015.36 |
| 5/6/2016 | 1744 | Colon, Liduvina | -split- | | 752.02 | X | | 20,263.34 |
| 5/6/2016 | 1745 | Honsowetz, Kathryn A | -split- | | 2,214.05 | X | | 18,049.29 |
| 5/6/2016 | 1746 | Mejia, Rosa E | -split- | | 507.5 | X | | 17,541.79 |
| 5/6/2016 | 1747 | Ocel, Kimberly | -split- | | 1,958.98 | X | | 15,582.81 |
| 5/6/2016 | 1748 | Salgado, Edelia | -split- | | 1,368.65 | X | | 14,214.16 |
| 5/6/2016 | 1749 | Youkhana, Martha | -split- | | 1,133.79 | X | | 13,080.37 |
| 5/6/2016 | 1750 | Allen, Gregory S | -split- | | 897.34 | X | | 12,183.03 |
| 5/6/2016 | 1751 | Morse, Damon V. | -split- | | 5,149.54 | | | 17.14 |
| 5/20/2016 | 1752 | Allen, Gregory S | -split- | Memo:CHECK 1752 | 224.33 | X | | 11,958.70 |
| 5/20/2016 | 1753 | Colon, Liduvina | -split- | Memo:CHECK 1753 | 1,055.47 | X | | 10,903.23 |
| 5/20/2016 | 1754 | Youkhana, Martha | -split- | Memo:CHECK 1754 | 1,133.79 | M | | 9,769.44 |

CMSO debts inccured from May 5th to June 14th 2016

| Creditor | Amount | Notes | Act# |
|---|---|---|---|
| AT&T - Internet<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | $1,352.02 | May and June | 148656958 |
| Blue Cross Blue Shield of Illinois<br>HCSC<br>25550 Network Place<br>Chicago, IL 60673-1255 | $17,193.60 | June Due | 162778 |
| Damon Morse<br>1251 Wind Energy Pass<br>Batavia, IL 60510 | $1,768.20 | (Verizon + MS 365 May and June) | |
| Marc Realty<br>Jim Stouffer<br>55 East Jackson Blvd, #500<br>Chicago, IL 60604 | $17,976.00 | | 441-300CHI |
| Microsoft 365  Paid by Damon<br>Microsoft Service Company<br>Las Vegas, NV 89119 | $840.00 | | |
| Proshred<br>Patrick Keable<br>7700 Graphics Dr<br>Tinley Park, IL 60477 | $150.00 | 708-263-4292 | 100007934 |
| Verizon Wireless  (Paid by Damon)<br>600 Coolidge Drive<br>Folsom, CA 95630-3155 | $928.20 | | |
| WCEDI<br>Brendan Friar<br>4250 Vetrans Memorial Hwy #301<br>Holbrook, NY 11741 | $737.09 | Brenden Friar<br>800-297-6906<br>BFriar@WCEDI.com | 61651 |
| Nextiva Termination Fee<br>Service@nextiva.com | $698.25 | Signed up for Phone Service | 3466612 |
| Professional Practice Consultants<br>760 Village Center Drive, Sutie 240<br>Burr Ridge, IL 60527 | $1,792.96 | Used to Prepare financials for PH<br>630-472-1600 | 27854 |



EXHIBIT B