UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16bk15403 |
| **CHICAGOLAND'S MEDICAL** ) | |
| **SERVICES ORGANIZATION** ) | Chapter 7 |
| ) | |
| **Debtor.** ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BALDI BERG, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 21,527.50 | TOTAL COSTS REQUESTED: | $ 336.00 |
| TOTAL FEES REDUCED: | $ 1,477.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 20,050.50 | TOTAL COSTS ALLOWED: | $ 336.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 20,050.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 477.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)   Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 1,000.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

Counsel in this district have a habit of charging an hour for all court appearances, regardless of the actual time the hearing took. Such practice will be reduced for improper time increments.

NOTE: The majority of the Trustee's time entries were in 0.5 hour time increments. While the court understands the complexities of time keeping, where such applications in the future appear to be done in the same increments, the court will reduce all time entries that appear to be in 0.5 hour time increments.

Dated: August 23, 2017

Timothy A. Barnes
United States Bankruptcy Judge

**Baldi Berg, Ltd**

8/01/2017

Chicagoland Medical Services - Gen. Admin

Page 2

**In Reference to:** *Chicagoland Medical Services - Gen. Admin*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 6/20/2016 | JAB | Review contracts, lawsuit by Progress to prepare for meeting, analyze position of parties re same. | 3.00 $450.00/ hr | $1,350.00 |
| 6/27/2016 | JAB | Analyze settlement proposals, review settlement proposals made to debtor prior to conversion, prepare term sheet for discussion re same with Progress. (1.0) Review settlement proposals by CCAI, prepare terms sheet to negotiate with CCAI. (1.0) | 2.00 $450.00/ hr | $900.00 |
| 6/28/2016 | ECB | Confer with JAB re results of morning hearing and negotiations | 0.20 $325.00/ hr | $65.00 |
| 7/22/2016 | JAB | TC with landlord attorney re post petition rent, terms for auction on premises, timing of lease termination. TC with property manager re same. | 1.00 $450.00/ hr | $450.00 |
| 7/27/2016 | JAB | Confer with J Loper re motion to sell personal property, terms re same. Email with terms. | 0.50 $450.00/ hr | $225.00 |
| 7/27/2016 | JDL | Commence drafting motion to sell equipment. | 1.50 $275.00/ hr | $412.50 |
| 7/28/2016 | JDL | Commence drafting motion to sell equipment, employ auctioneer. | 0.80 $275.00/ hr | $220.00 |
| 8/01/2016 | JAB | Review lease, review notes re discussions on settlement of lease issues. Draft letter agreement with landlord re same. Review and revise letter agreement. Forward to landlord counsel for review. | 3.00 $450.00/ hr | $1,350.00 |
| 8/02/2016 | JAB | Review and revise notice to creditors re sale of personal property. Review schedules, review sale terms. Confer | 1.00 $450.00/ hr | $450.00 |

*Handwritten annotations in margin:*
- (1) Lumping (next to 7/22/2016 entry)
- 1) Lumping (next to 8/01/2016 entry)
- 1) Lumping (next to 8/02/2016 entry)

**Baldi Berg, Ltd**                                                                 8/01/2017

Chicagoland Medical Services - Gen. Admin                                    Page    3

___

with JDL re follow up.

| | | | | | |
|---|---|---|---|---|---|
| 8/02/2016 | JAB | Review landlord attorney markup of letter agreement. TC with A Glass re same, discuss issues and resolution of same. Revise Letter Agreement and forward to attorney re review. | 1.50<br>$450.00/ hr | $675.00 |

*(1) Lumping* [handwritten annotation]

| 8/02/2016 | JDL | Continue drafting motion to sell equipment, employ auctioneer, pay landlord (1.1) Draft 2002 Notice re: same (.7) Draft proposed order re: same (.5) Review American Auction bond information (.3) | 2.60<br>$275.00/ hr | $715.00 |

| 8/03/2016 | JAB | Review emails with landlords attorney re agreement re auction, respond to same. Agree on wording of agreement. Review and revise agreement to conform to agreed terms. | 1.00<br>$450.00/ hr | $450.00 |

*(1) Lumping* [handwritten annotation]

| 8/04/2016 | JAB | Review and revise landlord agreement to incorporate negotiated changes. Email to landlord's attorney forwarding revised agreement | 0.60<br>$450.00/ hr | $270.00 |

| 8/04/2016 | JDL | Make final revisions to motion to sell equipment, employ auctioneer, pay landlord (1.3) Email revised affidavit to auctioneer (.1) | 1.40<br>$275.00/ hr | $385.00 |

| 8/06/2016 | JAB | Review file, draft agreed order for data with HOI. Email same to HOI attorney. | 1.00<br>$450.00/ hr | $450.00 |

| 8/16/2016 | JAB | Review claims, review Raxity secured claim, email to debtor re same. (.5) Review Progress complaint (.4) TC with J Dan re dismissal of same. (.3) TC with S Rosenfeld, agree to dismiss (.3) | 1.50<br>$450.00/ hr | $675.00 |

| 8/17/2016 | JDL | Appear on status for Progress Health adversary (Barnes call heard by Judge Doyle) | 1.00<br>$275.00/ hr | $275.00 |

*(2) Incorrect Time Increments* [handwritten annotation]

**Baldi Berg, Ltd** 8/01/2017

Chicagoland Medical Services - Gen. Admin  Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/18/2016 | JAB | Research on common law liens. labor and storage lien and computer data as chattels regarding Raxity claim. | 2.00 $450.00/ hr | $900.00 |
| 8/19/2016 | JAB | Further research, draft email to Raxity attorney re issues with claim of security interest, objection to same. (2.0) | 2.00 $450.00/ hr | $900.00 |
| 8/22/2016 | JAB | Review and respond to emails re Raxity claim and resolution of same. (.3) TC with HOI attorney re outstanding issue re bonus payments. (.3) Review agreement, review notes re BCBS discussions re payments (1.0), email to attorney re estate position on bonus, timing and calculation. (.7) | 2.30 $450.00/ hr | $1,035.00 |
| 8/23/2016 | JAB | Prepare for and attend hearing on sale motion, motion to allow administrative expenses (.6) Review proposed order, email to Raxity attorney re revisions (.5) | 1.10 $450.00/ hr | $495.00 |
| 8/25/2016 | JDL | Cf w/ JAB re: status of motion to pay bank on secured claim. | 0.10 $275.00/ hr | $27.50 |
| 8/30/2016 | JAB | Review and follow up on Lake Forest claim, email to C Stahl re same. (.5) Confer with JDL re filing motion to pay. (.3) Review status of suit in Circuit Court vs Raxity. TC to Welch re same. TC to Nixon Peabody re same and TC to Raxity attorney re non suit. (.7) | 1.50 $450.00/ hr | $675.00 |
| 8/30/2016 | JDL | Draft motion to pay secured claim - Lake Forest Bank | 1.80 $275.00/ hr | $495.00 |
| 9/01/2016 | JAB | Review motion to pay bank, review proof of claim, review code sections regarding payment. (.5) Revise motion and confer with JDL re same. () | 1.50 $450.00/ hr | $675.00 |
| 9/01/2016 | JDL | Finalize motion to pay secured claim (Bank). | 0.90 $275.00/ hr | $247.50 |
| 9/06/2016 | JAB | Prepare for and attend hearing on Mtn to Pay Secured Claim (Barnes) | 1.00 $450.00/ hr | $450.00 |

(2) Improper Time Increments

**Baldi Berg, Ltd**                                                                                8/01/2017

Chicagoland Medical Services - Gen. Admin                                                Page    5

| | | | | | |
|---|---|---|---|---|---|
| 9/15/2016 | JAB | Prepare and forward email to HOI and IPA re payment of bonus payments. | 0.50 | $450.00/ hr | $225.00 |
| 9/19/2016 | JAB | Review pleadings regarding Raxity violation of stay. Review payments to Raxity, possible preference issues. (1.0) Email to Welch and Morse re same. | 1.00 | $450.00/ hr | $450.00 |
| 9/22/2016 | RKP | Review report of sale provided by auctioneer (.2); review order authorizing employment of auctioneer for terms (.1); phone conversation with Trustee re: same (.3); review email from J. Baldi re: revised report from auctioneer (.1); phone conversation with J. Baldi re: preparation of motion to pay expenses (.1) | 0.80 | $195.00/ hr | $156.00 |
| 9/26/2016 | JAB | Review revised report of sale from American Auction, forward to RKP to include in court filing. (.4) Review and revise motion to pay expenses. (.6) | 1.00 | $450.00/ hr | $450.00 |
| 9/27/2016 | RKP | Draft Report of Sale (.6); draft motion to pay auction expenses (1.0); draft 2002 notice to creditors (.4); draft Rule 2016 affidavit (.2); draft proposed order (.1); review and edit same (.3); prepare Report of sale and motion to pay auction expense for filing and service to creditors (.4) | 2.50 | $195.00/ hr | $487.50 |
| 9/28/2016 | RKP | Prepare certificate of service for 2002 notice to creditors of motion to pay auction expenses | 0.20 | $195.00/ hr | $39.00 |
| 10/18/2016 | JDL | Appear in court on Trustee's motion to pay Auctioneer administrative expenses and Raxity motions re: stay violation. | 1.00 | $275.00/ hr | $275.00 |
| 12/20/2016 | JAB | TC with attorney for insurance company re time for making claim. Review email re same and letter denying coverage. TC to M Childress re review of policy and claim made. | 0.60 | $450.00/ hr | $270.00 |

Handwritten annotations:
- (1) Lumping (next to 9/19/2016 entry)
- (2) Improper time increments (next to 10/18/2016 entry)
- (1) Lumping (next to 12/20/2016 entry)

**Baldi Berg, Ltd**                                                                  8/01/2017

Chicagoland Medical Services - Gen. Admin                                    Page    6

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/27/2016 | JAB | Review insurance claim denial letters, policy documents. TC to M Childress re review of same. Assemble and forward document for review. | 1.00 $450.00/ hr | $450.00 |
| 1/16/2017 | JAB | Review status of claim against Raxity, review possible preference claim. Email to Welch re same. | 0.50 $450.00/ hr | $225.00 |
| 3/01/2017 | JAB | Research on involuntary dissolution of corporation or LLC, effect on claims. (1.0) Email to special counsel re same. (.3) | 1.30 $450.00/ hr | $585.00 |
| 7/30/2017 | RKP | Review case file for information needed to prepare 1st interim fee application (1.0); review time detail in advance of preparation of fee application (.5); begin draft of first interim application (1.0) | 2.50 $195.00/ hr | $487.50 |
| 7/31/2017 | RKP | Further draft BB fee application | 4.00 $195.00/ hr | $780.00 |

Handwritten annotations: "(1) Lumping" next to 12/27/2016 entry; "(1) Lumping" next to 1/16/2017 entry.

                                                                  Total Fees    $20,097.50

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 6/28/2016 | USPS fee to have mail forwarded to our firm address | 1.00 @ /each | $0.00 |
| 8/02/2016 | Notice to Sell Property, Pay Landlord and Employ American Auction (59 notices x $.10/pg = $5.90) | 1.00 @ /each | $0.00 |
| 8/02/2016 | Notice to Sell Property, Pay Landlord and Employ American Auction sent to 59 creditors x $.465 = $27.44) | 1.00 @ /each | $0.00 |
| 8/04/2016 | Motion to Sell Property, Pay Landlord and Employ American Auction Filing Fee | 1.00 @ /each | $0.00 |

**Baldi Berg, Ltd**

8/01/2017

Chicagoland Medical Services - Gen. Admin

Page    7

| Date | Description | Qty | Amount |
|---|---|---|---|
| 8/04/2016 | Motion to sell Equipment under 363f - Filing Fee | 1.00 @ /each | $176.00 |
| 9/21/2016 | Miscellaneous Expense - Service call to erase copier hard drives for sale | 1.00 @ /each | $160.00 |

|  |  |
|---|---|
| Total Expenses | $336.00 |
| Total New Charges | $20,433.50 |
| Previous Balance | $0.00 |
| Balance Due | $20,433.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.20 | $325.00 |
| Joseph A Baldi | 33.40 | $450.00 |
| Julia D Loper | 11.10 | $275.00 |
| Ricki K Podorovsky | 10.00 | $195.00 |

**Baldi Berg, Ltd**                                                                 8/01/2017

Chicagoland Medical Services - Retention of Prof                              Page    8

---

**In Reference to:**   *Chicagoland Medical Services - Retention of Prof*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 6/23/2016 | JDL | Draft application to employ special counsel (Welch). | 2.20<br>$275.00/ hr | $605.00 |
| 8/04/2016 | RKP | Draft motion to employ accountants (.4); draft affidavit (.1); draft proposed order (.1); email to J. Baldi re: same (.1) | 0.70<br>$195.00/ hr | $136.50 |
| 2/07/2017 | JAB | TC with RKP re motion to retain accountant in CMSO (.2). Review (.1) and revise motion (.5), confer with RKP and JMM re follow up on service and filing of motion (.2). | 1.00<br>$450.00/ hr | $450.00 |
| 2/07/2017 | RKP | Amend motion to retain accountants (.1); amend affidavit (.1) and proposed order (.1) | 0.30<br>$195.00/ hr | $58.50 |
| 2/14/2017 | JAB | Appear on CMSO (Barnes)-motion to employ accountants | 0.40<br>$450.00/ hr | $180.00 |

|  |  |
|---|---|
| Total Fees | $1,430.00 |
| Total New Charges | $1,430.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,430.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Joseph A Baldi | 1.40 | $450.00 |
| Julia D Loper | 2.20 | $275.00 |
| Ricki K Podorovsky | 1.00 | $195.00 |